# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

In re:                                                      Bk. No. 19−10923−BAH
Chapter 11

Pitbull Realty Group Inc.
     Debtor

## ORDER ESTABLISHING DEADLINE FOR FILING CLAIMS

Pursuant to the provisions of Local Bankruptcy Rule 3001−1, there having been no request timely filed seeking an alternate claims bar date, it is hereby ordered that **October 28, 2019** is fixed as the last day for filing proofs of claims for all creditors (except governmental units) and **December 26, 2019** is fixed as the last day for a governmental unit to file proofs of claims in the above−captioned case.

It is not necessary to file a claim if the debt is listed on the schedules of the debtor as undisputed, non−contingent, liquidated and if it is scheduled for the correct amount.

Creditors whose claims are not listed or whose claims are listed as disputed, contingent or unliquidated as to the amount and who desire to participate in the case or share in any distribution must file a proof of claim.

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form (Official Form B410) can be obtained at the Court's website (www.nhb.uscourts.gov) or at the United States Courts' website (www.uscourts.gov) or at any bankruptcy clerk's office.

It is the responsibility of each creditor to determine the manner in which they are listed on the schedules and to determine whether or not to file a proof of claim with the Office of the Clerk, United States Bankruptcy Court, 55 Pleasant Street, Room 200, Concord, New Hampshire 03301.

    ENTERED at Concord, New Hampshire.

Date: July 1, 2019                                                                                 /s/ Bruce A. Harwood
                                                                                                   Bruce A. Harwood
                                                                                                   Chief Bankruptcy Judge

Form CMoclmdttmp−299